IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

Richard Romero _____, Plaintiff

v.

John Doe JCSD warden, JCSD vital,

corp "unknown" insurance company,

John O. Bertagnolli - dentist ,

_____, Defendant(s).

**Jury Trial requested:**
(please check one)
✓ Yes ___ No

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 26 2025

JEFFREY P. COLWELL
CLERK

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

### PRISONER COMPLAINT

| NOTICE |
|---|
| Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.<br><br>**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.** |

Pg 1 of 8

4.      If you are proceeding pursuant to 28 U.S.C. § 1915 and the motion, affidavit, and certified copy of your trust fund account statement (or institutional equivalent) are in proper form, you must pay the full $350.00 filing fee in monthly installments. *See* 28 U.S.C. § 1915(b)(1). The Court will enter an order directing your custodian to calculate and disburse funds from you inmate trust fund account or institutional equivalent in the amounts specified by 28 U.S.C. § 1915(b) until the full $350.00 filing fee is paid.

**The Complaint**

1.      Each named defendant must be listed in the caption of the complaint, one defendant per line. If there is more than one defendant, you should indicate clearly in the body of the complaint which actions are attributable to each defendant.

2.      You must provide the Court with an original complaint. You should keep a copy of the complaint for your own records. The Court will not provide a copy for you.

3.      When your complaint is completed, it should be mailed with the filing fee or motion for leave to proceed pursuant to 28 U.S.C. § 1915 to the Clerk of the United States District Court at the following address:

Clerk of the Court
Alfred A. Arraj United States Courthouse
901 19th Street, Room A105
Denver, CO 80294-3589

4.      Each original document (except the original complaint) must include a certificate stating the date a copy of the document was mailed to the opposing party or his, her, or its attorney and the address to which it was mailed. Any document that fails to include a certificate of service may be disregarded by the Court or returned.   An example of a certificate of service is:

I hereby certify that a copy of the foregoing pleading/document was mailed to _____ (defendant(s) or counsel for defendant(s)) at _____ (address) on _____, 20____.

_____
Plaintiff's Original Signature

5.      The United States district judges, the United States magistrate judges, the Clerk of the Court, and deputy clerks are officers of the Court and are prohibited from giving legal advice. Legal questions should be directed to an attorney.

(Rev. 12/01/23)

Pg 2 of 8

A.   **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Richard Romero P01114119 PO Box 16700 GD-45
(Name, prisoner identification number, and complete mailing address)

Golden, CO 80402
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

- ✓  Pretrial detainee
- ___ Civilly committed detainee
- ___ Immigration detainee
- ___ Convicted and sentenced state prisoner
- ___ Convicted and sentenced federal prisoner
- ___ Other: *(Please explain)* _____


B.   **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: John Doe-JCSD-Worden 200 Jefferson County Pkwy Golden, CO 80401
(Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No *(check one)*. Briefly explain:

U.S CONST. Amd XIV Due process

Defendant 1 is being sued in his/her ✓ individual and/or ✓ official capacity.

2

Pg 3 of 8

Defendant 2: <u>JCSD ViTAl corp "unknown" insurance company 200</u>
(Name, job title, and complete mailing address)

<u>Jefferson county pkwy golden, co 80401</u>

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law?  ✓ Yes ___ No (*check one*).  Briefly explain:

<u>US-CONST. Amd XIV Due process</u>

Defendant 2 is being sued in his/her ___ individual and/or ✗ official capacity.

Defendant 3: <u>John O. Bertagnolli - Dentist 200 Jefferson</u>
(Name, job title, and complete mailing address)

<u>County Pkwy golden, Co 80401</u>

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law?  ✗ Yes ___ No (*check one*).  Briefly explain:

<u>US. CONST. XIV Due Process</u>

Defendant 3 is being sued in his/her ✗ individual and/or ✗ official capacity.

## C. JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

___ State/Local Official (42 U.S.C. § 1983)

___ Federal Official
As to the federal official, are you seeking:
___ Money damages pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971)
___ Declaratory/Injunctive relief pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1361, or 28 U.S.C. § 2201

✓ Other: (*please identify*) <u>Federal Tort claims act 28 USC sec 1346</u>

3

Pg 4 of 8

# D. STATEMENT OF CLAIM(S)/SUPPORTING FACTS

① ON THIS DAY ON 11-4-21 WELL IN THE J.C.S.D. CUSTODY LOCATED AT 200 JEFFERSON COUNTY PKWAY GOLDEN, CO 80401. PLAINTIFF SUFFERED A SERIOUS MEDICAL INJURY AT THE BREACH OF CARE. BY THE DENTIST JOHN O. BERTAGNOLLI. WHOM IS A THIRD PARTY CONTRACT TO THE J.C.S.D FACILITY AS A DENTIST PROVIDER. I WAS CALLED DOWN TO MEDICAL TO SEE THE DENTIST JOHN O. BERTAGNOLLI AFTER PATIENTLY WAITING 15 TO 19 WEEKS TO GET MY TOOTH EXTRACTED. AND BEEN IN EXCRUCIATING PAIN THE WHOLE TIME JUST TO SEE THE DENTIST JOHN O. BERTAGNOLLI. WHEN I SAW THE DENTIST JOHN O. BERTAGNOLLI HE SEEMED LIKE HE WAS IN AN UPSET AND VERY FRUSTRATED. WHEN THE DENTIST JOHN O. BERTAGNOLLI TRIED TO EXTRACT MY TOOTH ALL ANGRY AND UPSET. HE FORCEFULLY JAMMED HE'S DENTAL INSTRUMENT TOWARDS THE INSIDE OF MY UPPER JAW CAUSING IT NOT ONLY TO HURT BUT TO LEAVE A DENT AND DAMAGING MY SINUS CANAL. WHEN THE DENTIST JOHN O. BERTAGNOLLI FINALLY EXTRACTED MY TOOTH AFTER DAMAGING MY SINUS CANAL. I WAS TRYING TO INFORM THE DENTIST JOHN O. BERTAGNOLLI. THAT THERE'S A BONE OR TOOTH HANGING FROM MY VAIN. THE DENTIST JOHN O. BERTAGNOLLI WOULDN'T LEASON TO ME SO I ENDED UP SUBMITTING NUMEROUS KITES AND GRIEVANCES ON THE WHOLE SITUATION AT HAND AND HOW I AM HURTING A LOT. SO I WAS SCHEDULED TO SEE THE DENTIST AGAIN, BUT THIS TIME INSTEAD OF MAKING ME HIS NUMBER ONE TOP PRIORITY. THE DENTIST JOHN O. BERTAGNOLLI LEFT ME WAITING AGAIN. THIS TIME I WAITED TO SEE THE DENTIST JOHN O. BERTAGNOLLI 4 MONTHS. SO ON 3-24-22, I FINALLY SAW THE DENTIST JOHN O. BERTAGNOLLI TO GET THAT PEACE OF BONE OR TOOTH THAT WAS STILL HANGING FROM MY VAIN. WHEN THE DENTIST JOHN O. BERTAGNOLLI EXTRACTED THAT PEACE OF TOOTH OR BONE FROM MY VAIN. I PUT BACK ON ANTIBIOTICS CAUSE ALL THIS WAITING FOR ME TO SEE THE DENTIST JOHN O. BERTAGNOLLI. I ENDED UP DEVELOPING A GUM INFECTION. WHICH NOW CAUSE IT WASN'T PROPERLY TREATED SOON ENOUGH I NOW HAVE GUM DISEASE. WHEN I PUT MY PRISONER COMPLAINT AGAINST THE DENTIST JOHN O. BERTAGNOLLI. I'VE NOT ONLY BEEN RETALIATED BY VITAL CORP MEDICAL STAFF AND PROVIDERS, BUT THE DENTIST ASSISTANT KRISTEN AS WELL. ON JANUARY 27TH, 2025 I PUT A KITE TO GET ANOTHER TOOTH EXTRACTED, BUT WHEN I SAW THE DENTAL ASSISTANT KRISTEN ON THIS DAY ON 1-27-25. WELL THE ASSISTANT KRISTEN WAS TAKING MY X-RAY ON MY TOOTH. THE DENTAL ASSISTANT KRISTEN STATED "IN JOHN O. BERTAGNOLLI NOTES HE STATES HE REFUSES TO SEE YOU CAUSE OF YOUR CIVIL SUIT ON HIM. SO SINCE JAN, 27TH 2025 I'VE BEEN PUTTING IN KITES AND GRIEVANCES IN ON THE WHOLE ISSUE, SINCE JAN 27TH, 2025. THEN THE DENTAL ASSISTANT KRISTEN SAW ME AGAIN ON MARCH 17TH 2025. THE DENTAL ASSISTANT NOT ONLY SUGGESTED THAT MY ATTORNEY SHOULD TAKE ME TO SEE AN OUTSIDE DENTIST. BUT INFORMED ME IN THE DENTIST JOHN O. BERTAGNOLLI NOTES IT SAY'S ON MARCH 5TH, 2025. THAT COUNSEL INFORMED HIM NOT TO SEE ME BECAUSE OF MY CIVIL SUIT.

Pg 5 of 5
RCR

**D.    STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: medical malpractice

Claim one is asserted against these Defendant(s): J.C.S.D. VITAl corp "UNKNOWN" INSURANCE COMPANY, JOHN O. BERTAg Nolli - DENTIST

Supporting facts: "See ATTACHMENT"

4

Pg 6 of 8

### E.   PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated?  √ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): John C. Bertagnoili, Wellpath, Vital corp, Medical Staff at Jefferson County

Docket number and court: 23-cv-00328 U.S District court for District of Colorado

Claims raised: _____

Disposition: (is the case still pending? has it been dismissed?; was relief granted?)  No Relief has Been granted

Reasons for dismissal, if dismissed: dismissed without prejudice 7-29-24

Result on appeal, if appealed: pending 25-1025

### F.   ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

   √ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

   ___ Yes √ No (*check one*)  The grievance is ineffective and inadequate violating plaintiffs Due Process Rights. By denying unfounded and Administratively close all grievances associated with this case.

5

Pg 7 of 8

G.  **REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."* Profective Relief 18 USC. 3626 Money damages and punitive damages. more appropriate medical care to Be paid for the JCSD facility outside for dental care. Demand for jury trial)

H.  **PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

3-22-25
(Date)

(Revised November 2022)

Pg 8 of 8





03-24-25

**FROM:** Richard Romero
Polly119 GD-45
PO Box 16700
Golden, CO 80402

**TO:** Office of the Clerks
U.S. District Court
Alfred A. Arraj Courthouse
901 19th St Room A-105
Denver, CO 80294

LEGAL MAIL

# PRIORITY MAIL

## UNITED STATES POSTAL SERVICE

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

## TRACKED ■ INSURED





To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

EP14F October 2023
OD: 12 1/2 x 9 1/2

PS00001000014

This package is made from post-consumer waste. Please recycle - again.



